THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* FRED R. BADGER, Appellant.

*Crimes — arson in second degree — judgment of conviction affirmed.*

*People* v. *Badger*, 217 App. Div. 424, affirmed.

(Argued October 11, 1926; decided November 16, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered August 16, 1926, which affirmed a judgment of the Franklin County Court convicting the defendant of the crime of arson in the second degree.

*W. A. Fullerton* for appellant.

*H. W. Main, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, Mc-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.